NELSON B. UPDIKE, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 42404. Promulgated February 2, 1931.

*Richard S. Doyle, Esq.*, and *Alfred G. Ellick, Esq.*, for the petitioner.

*F. R. Shearer, Esq.*, and *E. L. Corbin, Esq.*, for the respondent.

## OPINION.

STERNHAGEN: The only question is whether the evidence establishes that the transactions from which the $126,637.74 were derived were really those of the Bee Publishing Company, as petitioner contends, or of the petitioner, as respondent contends. We think it substantiates the view that the profits were those of the Publishing Company, and should be excluded from the gross income of petitioner.

*Judgment will be entered under Rule 50.*